# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR I. MURDOCK,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:09-cv-01806-SKO<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEY'S FEES**<br><br>(Doc. 18) |

On December 22, 2011, Plaintiff's counsel, Seven G. Rosales, filed a motion requesting that the Court issue an order setting attorney's fees pursuant to 42 U.S.C. § 406(b). (Doc. 18.) Plaintiff Victor I. Murdock has been served with a copy of his counsel's motion.

The Court HEREBY ORDERS the following briefing schedule with regard to Plaintiff's counsel's motion:

1. **On or before January 23, 2012**, Plaintiff Victor I. Murdock and/or the Commissioner may file an optional response opposing the motion or a statement that the motion is not opposed;

2.    **On or before February 3, 2012**, Plaintiff's counsel may file an optional reply to any opposition filed by Plaintiff or the Commissioner; and

3.    The Clerk of Court is DIRECTED to serve a copy of this order on Plaintiff Victor I. Murdock at 1309 Ventura Avenue, Chowchilla, California, 93610.

IT IS SO ORDERED.

**Dated:**   **January 11, 2012**                               /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE